H. Lord, for appellant. G. D. Lamb, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

KELLEY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by M. Florence Kelley against the Metropolitan Street Railway Company. T. H. Lord, for appellant. G. D. Lamb, for respondent. No opinion. Upon the plaintiff stipulating to reduce the judgment as entered to the sum of $8,035.20, the judgment, as so modified, affirmed, without costs; otherwise, judgment reversed and new trial ordered, with costs to appellant to abide event.

---

KELLY, Respondent, v. ADELMANN, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by James Kelly against Albert Adelmann. No opinion. Motion for reargument denied.

---

KELLY, Appellant, v. MOORE et al., Respondents. (Supreme Court, Appellate Division, First Department. June, 1902.) Action by Jennie Kelly against Edward M. Moore and others. From an order denying plaintiff's motion for an order sustaining exceptions, the plaintiff appeals. Modified and affirmed. J. Fromme, for appellant. P. Eagan, for respondents.

PER CURIAM. We do not think the receiver was justified in appointing an agent to collect the rents under the facts disclosed in this case. The objection to the account allowing the receiver the amount paid to the agent for collecting the rents in question, namely, $40.52, should therefore have been sustained. The order appealed from is therefore modified by sustaining the exceptions, so far as this sum of $40.52 is concerned, and charging the receiver with that amount, and, as so modified, affirmed, without costs.

---

KELMER, Respondent, v. RECKITT & SONS, Limited, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Anthony Kelmer, an infant, by John Kelmer, his guardian ad litem, against Reckitt & Sons, Limited.

PER CURIAM. Judgment reversed, on the ground that damages are excessive, and new trial granted, upon payment of costs of former trial by defendant, unless plaintiff stipulates within 15 days from the entry and service of the order herein to reduce the amount of damages to $2,500, in which event the judgment, as so modified, is affirmed, without costs of this appeal to either party, and order appealed from affirmed, without costs, on opinion in Kilmer v. Reckitt & Sons (decided at this term) 77 N. Y. Supp. 395.

---

KETCHAM et al., Appellants, v. OCHS, Respondent. (Supreme Court, Appellate Division,

Second Department. June 13, 1902.) Action by Herbert T. Ketcham and another against Ernest Ochs. No opinion. Judgment (70 N. Y. Supp. 268) affirmed, on the opinion of HOUGHTON, J., with costs.

---

KIRBY et al., Appellants, v. KIRBY, Respondent. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Jeremiah Kirby and another against Mary Kirby. No opinion. Judgment unanimously affirmed, with costs.

---

KIVELSON, Respondent, v. SCHARMANN et al., Appellants. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Max Kivelson, an infant, against H. B. Scharmann & Sons. A. P. Fitch, for appellants. C. Goldzier, for respondent. No opinion. Judgment and order affirmed, with costs.

---

KLOCK, Appellant, v. UNITED STATES RADIATOR CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 27, 1902.) Action by Charles S. Klock, as administrator, etc., against the United States Radiator Company. No opinion. Judgment and order affirmed, with costs.

---

KNOX v. GLEASON. (Supreme Court, Appellate Division, First Department. June 13, 1902.) Action by Luella Knox against Herbert P. Gleason. No opinion. Motion denied, on payment of $10 costs, and, on payment of an additional $10, leave given to apply to the court below to open default.

---

KNOWLES, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by William P. Knowles against the city of New York. L. L. Kellogg, for appellant. J. McKeen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 75 N. Y. Supp. 189, 725.

---

KNOWLES, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by William P. Knowles against the city of New York. L. L. Kellogg, for appellant. J. McKeen, for respondent. No opinion. Judgment affirmed, with costs. See 75 N. Y. Supp. 189, 725.

---

KRIETE v. NEW YORK & H. R. CO. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Hedewig Kriete against the New York & Harlem Railroad Company. No opinion. Motion denied.

---

KUECKEL, Appellant, v. O'CONNOR et al., Respondents. (Supreme Court, Appellate Divi-